AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gerber, Robert E. | 2. Court or Organization<br><br>US Bankruptcy Court SDNY | 3. Date of Report<br><br>06/16/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Alexander Hamilton U.S. Custom House
One Bowling Green Ste 528
New York, NY 10004-1408

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American College of Bankruptcy |
| 2. | Director | American Bankruptcy Institute |
| 3. | Member of Board of Governors | National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/16/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Matthew Bender & Co. (LexisNexis), compensation for chapters written as contributing author to Collier on Bankruptcy | $3,520.00 |
| 2. 2012 | Hudson Valley Bankruptcy Bar Assn, lecture | $100.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-employed writer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Conference | 1/19/12-1/20/12 | Philadelphia, PA | Speaker at Program | Transportation, Lodging, Food |
| 2. | American Bankruptcy Institute | 2/2/12-2/4/12 | San Juan, PR | Speaker at Program | Transportation, Lodging, Food |
| 3. | Pennsylvania Bar Institute | 3/13/12-3/14/12 | Philadelphia, PA | Speaker at Program | Transportation, Lodging, Food |
| 4. | American College of Bankruptcy | 3/15/12-3/17/12 | Washington, DC | Meeting and Board Meeting | Transportation, Lodging, Food |
| 5. | National Conference of Bankruptcy Judges | 3/19/12-3/20/12 | Miami, FL | Board Meeting | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/16/2013 |

| # | | | | |
|---|---|---|---|---|
| 6. | Turnaround Management Association | 4/3/12-4/4/12 | Atlanta GA | Speaker at Program | Transportation, Lodging, Food |
| 7. | American Bankruptcy Institute | 4/19/12-4/22/12 | National Harbord, MD | Board and Committee Meetings, Speaker at Program | Transportation, Lodging, Food |
| 8. | American Bankruptcy Institute | 7/12/12-7/15/12 | Bretton Woods, NH | Speaker at Program | Transportation, Lodging, Food |
| 9. | Midwest Regional Bankruptcy Seminar | 8/17/12-8/19/12 | Cincinnati, OH | Speaker at Program | Transportation, Lodging, Food |
| 10. | Hudson Valley Bankruptcy Bar Association | 9/6/12-9/7/12 | Hyde Park, NY | Speaker at Program | Transportation, Lodging, Food |
| 11. | State Bar of Texas | 9/12/12-9/14/12 | Houston, TX | Speaker at Program | Transportation, Lodging, Food |
| 12. | Georgetown University Law School | 10/4/12-10/5/12 | Washington, DC | Speaker at Program | Transportation, Lodging, Food |
| 13. | American College of Bankruptcy | 10/12/12-10/13/12 | Pittsburgh, PA | Speaker at Program | Transportation, Lodging, Food |
| 14. | National College of Bankruptcy | 10/23/12-10/28/12 | San Diego, CA | Board Meetings, Speaker at Program | Transportation, Lodging, Food |
| 15. | Capital Region/Central New York Bankruptcy Bar Association | 11/1/12-11/3/12 | Cooperstown, NY | Speaker at Program | Transportation, Lodging, Food |
| 16. | Commercial Law League of America | 11/9/12 | New York, NY | Speaker at Program | Transportation, Food |
| 17. | American Bankruptcy Institute | 11/29/12-12/1/12 | Tucson, AZ | Board and Committee Meetings, Speaker at Program | Transportation and Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual Life | Policy Loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IN BROKERAGE ACCT #1 (Fidelity Investments): | | | | | | | | | |
| 2. - Columbia Acorn Fund Mutual Fund Shares | D | Dividend | M | T | Donated (part) | | | | |
| 3. - Same | | | | | Sold (part) | 07/25/12 | L | | Not Applicable |
| 4. - Rockland Co. NY, 3.50%, 2013, Muni Bonds | B | Interest | L | T | | | | | |
| 5. - NY State Thruway Auth., 5.00%, 2012, Muni Bonds | B | Interest | | | Matured | 04/02/12 | K | | Not Applicable |
| 6. - NY State Thruway Auth., 5.50%, 2013, Muni Bonds | C | Interest | | | Matured | 04/16/12 | M | | Not Applicable |
| 7. - NY State Thruway 5.0%, 2019, Muni Bonds | C | Interest | L | T | | | | | |
| 8. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | M | T | | | | | |
| 9. - Vanguard Limited Term Tax Exempt Fund Mutual Fund Shares | A | Dividend | M | T | | | | | |
| 10. - Same | | | | | Buy (add'l) | 11/19/12 | M | | Not Applicable |
| 11. - Fidelity Contrafund Mut Fund Shares | A | Dividend | K | T | | | | | |
| 12. - American Growth Fund of America Cl F Mut Fund Shares | | None | | | Sold | 01/05/12 | J | D | Not Applicable |
| 13. - Baron Growth Fund Mut Fund Shares | C | Dividend | K | T | | | | | |
| 14. - Pimco Total Return Fund Mut Fund Shares | D | Dividend | M | T | | | | | |
| 15. - Templeton Global Bond Fund Advisor Class | D | Dividend | M | T | | | | | |
| 16. - Royce Total Return Fund Mut Fund Shares | A | Dividend | | | Sold (part) | 07/06/12 | K | | Not Applicable |
| 17. - Same | | | | | Sold | 07/25/12 | K | | Not Applicable |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - BlackRock Equity Dividend Fund Institut Mut Fund Shares | A | Dividend | K | T | | | | | |
| 19. - JP Morgan Large Cap Growth Class Mut Fund Shares | A | Dividend | J | T | Buy | 01/05/12 | J | | Not Applicable |
| 20. - BBH Core Select Fund Class N Mut Fund Shares | A | Dividend | K | T | Buy | 07/06/12 | K | | Not Applicable |
| 21. IN BROKERAGE ACCT #2 (Fidelity Investments): | | | | | | | | | |
| 22. - Rockland Co. NY, 3.50%, 2014, Muni Bonds | C | Interest | | | Sold | 07/13/12 | L | | Not Applicable |
| 23. - NY State Housing Finance Agency, 5.25%, 2015, Muni Bonds | C | Interest | L | T | | | | | |
| 24. - NY City, NY 5.50%, 2014, Muni Bonds | C | Interest | | | Matured | 11/01/12 | L | | NotApplicable |
| 25. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | J | T | | | | | |
| 26. - Vanguard Intermediate Term Tax Exempt Mutual Fund Shares | A | Dividend | M | T | Buy | 11/19/12 | M | | Not Applicable |
| 27. ROLLOVER IRA #1, FIDELITY INVESTMENTS | E | Int./Div. | O | T | | | | | |
| 28. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 29. - Royce Total Return Fund Mutl Fund Shares | | | | | Sold | 07/06/12 | M | | Not Applicable |
| 30. - Tweedy Browne Global Value Fund Mut Fund Shares | | | | | | | | | |
| 31. - Baron Growth Mut Fund Shares | | | | | Sold | 07/06/12 | K | C | Not Applicable |
| 32. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 33. - Ivy Asset Strategy Fund Cl 1 Mut Fund Shares | | | | | | | | | |
| 34. - Morgan Stanley Global Long/Short Fund Mut Fund Shares | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - BlackRock Global Allocation Fund Instit Mut Fund Shares | | | | | | | | | |
| 36. - Pimco Total Rund Fund Institutional Mut Fund Shares | | | | | | | | | |
| 37. - BBH Core Select Fund Class N Mut Fund Shares | | | K | T | Buy | 07/06/12 | K | | Not Applicable |
| 38. - JP Morgan Large Cap Growth Sel Class Mut Fund Shares | | | M | T | Buy | 07/06/12 | M | | Not Applicable |
| 39. IRA (#1), FIDELITY INVESTMENTS | D | Dividend | L | T | | | | | |
| 40. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 41. - Templeton Global Bond Advisor Class Mut Fund Shares | | | | | | | | | |
| 42. IRA (#2), FIDELITY INVESTMENTS | A | Dividend | L | T | | | | | |
| 43. - Tweedy Browne Global Value Fund Mut Fund Shares | | | | | | | | | |
| 44. - Baron Growth Mut Fund Shares | | | | | | | | | |
| 45. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 46. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 47. IN BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 48. - Spartan 500 Index Fid Investor Class Mutual Fund Shares | A | Dividend | K | T | | | | | |
| 49. - Baron Growth Mutual Fund Shares | A | Dividend | J | T | | | | | |
| 50. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | J | T | | | | | |
| 51. LIMITED PARTNERSHIP INTERESTS: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Broadway 72 Assocs, Ltd Partnership Interest | E | Distribution | J | U | | | | | |
| 53. -FFHS&K Investment Assocs. 1983-I, Ltd Partnership Interest | | None | J | U | | | | | |
| 54. ROLLOVER IRA #2, FIDELITY INVESTMENTS | E | Int./Div. | O | T | | | | | |
| 55. - Fidelity Cash Reserves Money Market Mut Fund Shares | | | | | | | | | |
| 56. - Royce Total Return Fund Mut Fund Shares | | | | | Sold | 07/06/12 | J | A | Not Applicable |
| 57. - American Growth Fund of America Mut Fund Shares | | | | | Sold | 01/05/12 | L | D | Not Applicable |
| 58. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 59. - Federal Farm Credit Bank, 4.875%, 2018 Bonds | | | | | | | | | |
| 60. - Pimco Total Return Fund-Institutional Mut Fund Shares | | | | | | | | | |
| 61. - Blackrock Global Allocat Fund-Institut'l Mut Fund Shares | | | | | | | | | |
| 62. - Ivy Asset Strategy Fund Class 1 Mut Fund Shares | | | | | | | | | |
| 63. - Baron Growth Fund Mut Fund Shares | | | | | Sold | 07/06/12 | J | | Not Applicable |
| 64. - BBH Core Select Fund Class N Mut Fund Shares | | | | | Buy | 01/05/12 | K | | Not Applicable |
| 65. - JP Morgan Large Cap Growth Sel Class | | | | | Buy | 01/05/12 | K | | Not Applicable |
| 66. - Fidelity Low Price Stock Mut Fund Shares | | | | | Buy | 03/05/12 | J | | Not Applicable |
| 67. 529 PLAN, FIDELITY INVESTMENTS | | None | M | T | | | | | |
| 68. - Fidelity UNIQUE 2015 Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. INSURANCE POLICIES | | | | | | | | | |
| 70. - Northwestern Mutual Whole Life Policy #1 | D | Dividend | M | T | | | | | |
| 71. - Northwestern Mutual Whole Life Policy #2 | C | Dividend | L | T | | | | | |
| 72. - Northwestern Mutual Whole Life Policy #3 | C | Dividend | L | T | | | | | |
| 73. - Northwestern Mutual Whole Life Policy #4 | C | Dividend | L | T | | | | | |
| 74. - Northwestern Mutual Whole Life Policy #5 | B | Dividend | K | T | | | | | |
| 75. ROLLOVER IRA #3 (Morgan Stanley Smith Barney) | E | Interest | O | T | | | | | |
| 76. - Dreyfus Money Mkt Govt Secur Series Mut Fund Shares | | | | | | | | | |
| 77. - WI Clean Water 4.391% 2019 Muni Bonds | | | | | | | | | |
| 78. - NY Environmental Facilities 4.469% 2019 Muni Bonds | | | | | | | | | |
| 79. - NY City NY 4.899% 2020 Muni Bonds | | | | | | | | | |
| 80. - Timpanogos UT 4.69% 2018 Muni Bonds | | | | | | | | | |
| 81. - San Luis Obispo Cnty CA 7.45% 2019 Muni Bonds | | | | | | | | | |
| 82. - Brazoria Cnty TX 4.594% 2019 Muni Bonds | | | | | | | | | |
| 83. - FL St Board of Ed 4.941% 2018 Muni Bonds | | | | | | | | | |
| 84. - Kauai Cnty HI 4.556% 2021 Muni Bonds | | | | | | | | | |
| 85. - Stevens Pt WI 4.40% 2018 Muni Bonds | | | | | Sold | 09/21/12 | K | C | Not Applicable |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/16/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Dallas TX 4.489% 2020 Muni Bonds | | | | | | | | | |
| 87. - Anchorage AK 4.518% 2020 Muni Bonds | | | | | | | | | |
| 88. - Los Angeles CA 4.53% 2022 Muni Bonds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:  The dividends shown for mutual funds, as in the past, include capital gains dividends.

As in the past, routine deposits or withdrawals (i.e., purchases or sales) of money market funds have not been deemed to be reportable transactions, and have not been shown, but again as in the past, the income from the money market funds during the Reporting Period has been shown.  However, when I have made final sales, and initial purchases, of such money market funds, I have shown such final sales, and initial purchases, as reportable "Sell" and "Buy" transactions. Transactions involving the reinvestment of mutual fund dividends and capital gains distributions are not shown as reportable transactions; however, the income from them is shown.

In 2006 and prior years, in the case of the whole life insurance policies shown on Lines #70 through #74 of this report, the "Income" shown had been the increase in cash value in each policy.  In 2007, I began to apply dividends on the policies to reduce policy loans, and since then the increase in cash value is no longer the same as the dividend on each policy.  As in my reports for 2007 and thereafter, the "Income" shown is the dividend on each policy, and not the cash value increase, as the former is a better indication of the income on each policy.  The value shown for each policy is its net cash value, after subtracting outstanding loans from the gross cash value.

Twelve equal monthly purchases of less than $1,000 each were made of shares of the Fidelity UNIQUE 2015 Portfolio in the 529 Plan.  They are not individually shown, since investments that do not exceed $1,000 are not to be individually reported.  The aggregate value of the plan at the end of the year, which is to be reported, reflects those purchases, and investment results with respect to them.

The bonds listed on Lines ##5, 6, and 24 were called before maturity.  As the FDR software's transaction type descriptions do not include "Called," I have used "Matured" as an approximation for that.

The limited partnership shown on line #52 made material distributions to me in 2012.  It is obvious that an investment that could generate distributions at the "E" level has more than minimal value.  But it is not publicly traded or otherwise valued, and, as in past years, only the book value of that investment is known.  Thus the "J" Code, based on that book value, continues to be shown for 2012.

For ease of entry, and review, account name headers appear for accounts that are not aggregate ownership accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/16/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Gerber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544